UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBRA M. ALVAREZ,

    Plaintiff,

v.                                Case No. 3:07-cv-505-J-12TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 32) of the United States Magistrate Judge, filed July 14, 2008. The Plaintiff sought review of a final administrative decision of the Social Security Commissioner denying her application for social security disability benefits. The United States Magistrate Judge reviewed the record, the briefs, and the applicable law, and for the reasons set forth in the Report and Recommendation (Doc. 32), recommends that the decision of the Commissioner be reversed and remanded to permit the Commissioner to re-evaluate Plaintiff in accordance with applicable regulations and case law.

In addition, the United States Magistrate Judge informed the parties, that

> Any party may file and serve specific, written objections hereto within TEN (10) days after service of this Report and Recommendation. Failure to do so shall bar the party from a *de novo* determination by a district judge of an issue covered herein and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P. 72(b), 6(a) and (d); Local Rule 6.02, United States District Court, Middle District of Florida.

Report and Recommendation (Doc. 32) at p.1, n.1. As of the date of this Order, neither

party has filed any objections to the Report and Recommendation (Doc. 32).

Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1. That the Court adopts the Report and Recommendation (Doc. 32) of the United States Magistrate Judge; and

2. That the decision of the Commissioner of the Social Security Administration is reversed and remanded to permit the Commissioner to re-evaluate Plaintiff in accordance with applicable regulations and case law as set forth in the Report and Recommendation (Doc. 32); and

3. That the Clerk is directed to close the case.

**DONE AND ORDERED** this ___27th___ day of August 2008

*Howell W. Melton*
Senior United States District Judge

Copies to:   Hon. Thomas E. Morris,
United States Magistrate Judge
Counsel of Record